MASTER CONTRACTING CORPORATION, Appellant, *v.* M. F. HICKEY COMPANY, INCORPORATED, Respondent.

Argued November 14, 1949; decided December 1, 1949.

556

*Philip S. Taft* and *Harry Silver* for appellant.

*I. Maurice Wormser* and *Louis D. Schwartz* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Loughran, Ch. J., Lewis, Conway, Desmond, Dye, Fuld and Bromley, JJ.